**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANICE BRICE,

    Plaintiff,

vs.                                CASE NO. 6:08-CV-474-ORL-19KRS

REGATTA BAY APARTMENT,
CONCORD MANAGEMENT, LTD.,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed June 6, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.** The Application to Proceed Without Prepayment of Fees (Doc. No. 2, filed April 1, 2008) is **DENIED** without prejudice. The Complaint filed in this action (Doc. No. 1, filed April 1, 2008) is **DISMISSED** without prejudice. Plaintiff Janice Brice hereby given **eleven (11) days** from the date of this Order to file an Amended Complaint that sets forth a cause of action and states the basis of this Court's jurisdiction. If an Amended Complaint is filed, Plaintiff Brice may file a renewed motion to proceed *in forma pauperis*.

**DONE AND ORDERED** at Orlando, Florida, this   17th   day of June, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record